**People of the State of Illinois, Plaintiff-Appellee, v. Cleophis Sims, Defendant-Appellant.**

Gen. No. 50,843.

First District, First Division.

April 3, 1967.

Gerald W. Getty, Public Defender of Cook County, of Chicago (Frederick F. Cohn and James J. Doherty, Assistant Public Defenders, of counsel), for appellant; Daniel P. Ward, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and Carl M. Walsh, Assistant State's Attorneys, of counsel), for appellee. Opinion by PRESIDING JUSTICE MURPHY. **Not to be published in full.**